| UNITED STATES BANKRUPTCY COURT _Southern_ DISTRICT OF _Texas_ | VOLUNTARY PETITION |
|---|---|
| IN RE (Name of debtor - If individual, enter Last, First, Middle)<br>Sharon Piper | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle) |
| ALL OTHER NAMES used by the debtor in the last 6 years (Include married, maiden, and trade names.) | ALL OTHER NAMES used by the joint debtor in the last 6 years (Include married, maiden, and trade names.) |
| SOC. SEC. / (than one, state all.)  -4655 | SOC. SEC. / TAX I.D. NO. (If more than one, state all.) |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>7143 Roos<br>Houston, TX 77074 | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state, and zip code) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS: Harris | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS |
| MAILING ADDRESS OF DEBTOR (If different from street address) | MAILING ADDRESS OF JOINT DEBTOR (If different from street address) |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from addresses listed above) | VENUE (Check one box)<br>☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| TYPE OF DEBTOR<br>☒ Individual<br>☐ Joint (Husband & Wife)<br>☐ Partnership<br>☐ Other:<br>☐ Corporation Publicly Held<br>☐ Corporation Not Publicly Held<br>☐ Municipality<br><br>**NATURE OF DEBT**<br>☒ Non-Business / Consumer  ☐ Business - Complete A & B below<br><br>A. TYPE OF BUSINESS (Check one box)<br>☐ Farming  ☐ Transportation  ☐ Commodity Broker<br>☐ Professional  ☐ Manufacturing/Mining  ☐ Construction<br>☐ Retail / Wholesale  ☐ Real Estate<br>☐ Railroad  ☐ Stockbroker  ☐ Other Business<br><br>B. BRIEFLY DESCRIBE NATURE OF BUSINESS | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box)<br>☐ Chapter 7  ☐ Chapter 11  ☒ Chapter 13<br>☐ Chapter 9  ☐ Chapter 12  ☐ Sec. 304 - Case Ancillary to Foreign Proceeding<br><br>**FILING FEE (Check one box)**<br>☒ Filing fee attached<br>☐ Filing fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.<br><br>NAME AND ADDRESS OF LAW FIRM OR ATTORNEY<br><br>Telephone No.<br><br>NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR (Print or Type Names)<br><br>☒ Debtor is not represented by an attorney |

| STATISTICAL ADMINISTRATIVE INFORMATION (28 U.S.C. § 604) (Estimates only) (Check applicable boxes) | THIS SPACE FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.<br><br>ESTIMATED NUMBER OF CREDITORS<br>☒ 1-15   ☐ 16-49   ☐ 50-99   ☐ 100-199   ☐ 200-999   ☐ 1000-over<br><br>ESTIMATED ASSETS (In thousands of dollars)<br>☐ Under 50   ☐ 50-99   ☒ 100-499   ☐ 500-999   ☐ 1000-9999   ☐ 10,000-99,000   ☐ 100,000-over<br><br>ESTIMATED LIABILITIES (In thousands of dollars)<br>☐ Under 50   ☐ 50-99   ☒ 100-499   ☐ 500-999   ☐ 1000-9999   ☐ 10,000-99,000   ☐ 100,000-over<br><br>ESTIMATED NO. OF EMPLOYEES - CHAPTER 11 & 12 ONLY<br>☐ 0   ☐ 1-19   ☐ 20-99   ☐ 100-999   ☐ 1000-over<br><br>ESTIMATED NO. OF EQUITY SECURITY HOLDERS - CHAPTER 11 & 12 ONLY<br>☐ 0   ☐ 1-19   ☐ 20-99   ☐ 100-499   ☐ 500-over | United States Courts<br>Southern District of Texas<br>FILED<br><br>SEP 02 2016<br><br>David J. Bradley, Clerk of Court |

E-Z LEGAL FORMS® • Sunrise, FL 33351 (305-748-4832)                                    K100 - 4

Name of Debtor __Sharon Poer__

Case No. _____

## FILING OF PLAN

For Chapter 9, 11, 12 and 13 cases only. Check appropriate box.

☐ A copy of debtor's proposed plan dated _____ is attached.

☑ Debtor intends to file a plan within the time allowed by statute, rule, or order of the court.

### PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| Southern District Texas | | |

### PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THIS DEBTOR (If more than one, attach additional sheet)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

### REQUEST FOR RELIEF

Debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

### SIGNATURES

#### ATTORNEY

X _____
Signature

Date _____

| INDIVIDUAL/JOINT DEBTOR(S) | CORPORATE OR PARTNERSHIP DEBTOR |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, and that the filing of the petition on behalf of the debtor has been authorized. |
| X _[signature]_ 832-668-0923  Signature of Debtor | X _____  Signature of Authorized Individual |
| Date | Print or Type Name of Authorized Individual |
| X _____  Signature of Joint Debtor | Title of Individual Authorized by Debtor to File this Petition |
| Date | Date |

### EXHIBIT "A" (To be completed if debtor is a corporation requesting relief under chapter 11.)

☐ Exhibit "A" is attached and made a part of this petition.

### TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (SEE P.L. 98-353 § 322)

I am aware that I may proceed under chapter 7, 11, or 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 of such title.

If I am represented by an attorney, exhibit "B" has been completed.

X _____
Signature of Debtor

Date _____

X _____
Signature of Joint Debtor

Date _____

### EXHIBIT "B" (To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney

Date _____

Form B6D-Cont.
(6/90)

In re _____Sharon Piper_____, Case No. _____
         Debtor                                             (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO.<br>GL & L Holdings LLC<br>13427 Sundowner<br>Houston, TX 77041 | | | Home mortgage<br>VALUE $480,000.00 | | | | 250,000.00 | -0- |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal → (Total of this page) $
Total → (Use only on last page) $250,000.00

(Report total also on Summary of Schedules)

E Z LEGAL FORMS® - Sunrise, FL 33351 (305-748-4832)         K100-18